■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAJHA MICHAELS, Appellant. [714 NYS2d 892] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Carroll, J.), rendered January 6, 1999, convicting him of robbery in the second degree and assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the People failed to prove his guilt of the crimes charged beyond a reasonable doubt because there was insufficient evidence that the complainant suffered a "physical injury" as defined in the Penal Law. However, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish that the complainant sustained a physical injury within the meaning of Penal Law § 10.00 (9) (*see, People v Greene,* 70 NY2d 860; *People v Delph,* 269 AD2d 218; *People v Dazi,* 195 AD2d 571; *cf., Matter of Kwan M.,* 159 AD2d 707; *cf., People v Franklin,* 149 AD2d 617). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). O'Brien, J. P., Altman, Krausman and Goldstein, JJ., concur.